In the Matter of the Accounting of EDWARD L. HULETT et al., as Administrators of the Estate of ERT H. DOLLAR, Deceased, Respondents.

LAWRENCE RUSSELL, Appellant.

*Surrogate's Court — jurisdiction of surrogate to cite attorney for administrators to appear on accounting, fix the amount of his compensation and direct him to pay over a balance of money collected by. him on notes and accounts due the estate.*

*Matter of Hulett,* 194 App. Div. 948, affirmed.

(Submitted April 18, 1921; decided May 3, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 3, 1921, which affirmed a decree of the St. Lawrence County Surrogate's Court judicially settling the accounts of the administrators of the estate of Ert H. Dollar, deceased, and directing the appellant herein, an attorney, to pay over to said administrator a sum of money collected by him and belonging to said estate. Appellant, as attorney for said administrators, had

35

collected various sums of money due the estate on notes and accounts, part of which he refused to pay over on the ground that he was entitled thereto for services and disbursements. He was thereupon cited to appear in Surrogate's Court on an application for permission to file a supplemental account. He objected to the jurisdiction of the court but after a hearing the surrogate fixed the value of his services and directed him to pay the balance, less disbursements, to the administrators with interest. Appellant contended that the surrogate had no jurisdiction and could obtain no jurisdiction as to him by the issuance and service of a citation.

*Lawrence Russell,* appellant, in person.
*George H. Bowers* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.